AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al.<br>*Defendant(s)* | Civil Action No.  1:25-cv-22639-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Matthew Lee Morgan
2 Castle Oaks Ct.
Las Vegas, NV 89141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jun 11, 2025

SUMMONS

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al.<br><br>*Defendant(s)* | Civil Action No.  1:25-cv-22639-RAR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Lee Morgan
As trustee of the Matthew Lee Morgan Trust
2 Castle Oaks Ct.
Las Vegas, NV 89141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 11, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS, LLC, a Florida Limited Liability Company, <br><br> *Plaintiff(s)* <br> v. <br> MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al. <br> *Defendant(s)* | ))))))))))))) | Civil Action No.  1:25-cv-22639-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Craig Bridgman
2399 Collins Avenue
Apt. 1440
Miami Beach, FL 33139


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 11, 2025

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al.<br>*Defendant(s)* | Civil Action No. 1:25-cv-22639-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cambridge Capital of Miami, LLC
c/o Paul A. Levine, Registered Agent
3350 Mary Street
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 11, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al.<br>*Defendant(s)* | Civil Action No.  1:25-cv-22639-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOXR Holding, Inc.
c/o Legalinc Corporate Services, Inc., Registered Agent
131 Continental Drive Suite 305
Newark, DE 19713


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 11, 2025



Angela E. Noble
Clerk of Court

SUMMONS

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al.<br>*Defendant(s)* | ))))))))))))) | Civil Action No. 1:25-cv-22639-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOXR Holding, LLC
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 11, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts