**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Docket No. 1:25-cv-22639-RAR**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

      Plaintiffs,

v.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

      Defendants.

_____/

**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for Plaintiffs Matthew S. Attalla ("Attalla") and BOXR Studios, LLC, a Florida Limited Liability

Company ("BOXR Studios" and together with Attalla, "Plaintiffs") and Defendants Matthew Lee

Morgan ("Morgan"), an individual, Matthew Lee Morgan as Trustee of the Matthew Lee Morgan

Trust under agreement dated September 26, 2018 ("Morgan as Trustee"), Craig Bridgman, an

individual ("Bridgman"); Cambridge Capital of Miami, LLC, a Florida Limited Liability Company

("Cambridge Capital"), and BOXR Holding, LLC, a Delaware Limited Liability Corporation

("BOXR Holding" and collectively, "Defendants") as follows:

      1.     That Defendants accept service of the Complaint and Summons, dated June 11,

2025 (the "Complaint");

2.      That Defendants' time to answer or otherwise respond to the Complaint is extended to and including July 21, 2025.

3.      This stipulation may be filed with signatures in counterparts and/or with scanned signatures serving as originals.

Dated: July 1, 2025

**ISICOFF RAGATZ**
601 Brickell Key Drive
Suite 750
Miami, FL 33131
Tel: (305) 373-3232

By: */s/* Catherine A. Mancing
    Eric D. Isicoff
    Florida Bar No. 372201
    Isicoff@irlaw.com
    Teresa Ragatz
    Florida Bar No. 545170
    Ragatz@irlaw.com
    Catherine A. Mancing
    Florida Bar No. 23765
    Mancing@irlaw.com

*Counsel for Plaintiffs*

**FEUERSTEIN KULICK LLP**
420 Lexington Avenue, #2024
New York, NY 10170
T: (646) 768-0588

By: */s/* David Feuerstein
    David Feuerstein (pro hac vice
    forthcoming)
    William Travis (pro hac vice
    forthcoming)
    David@dfmklaw.com
    William@dfmklaw.com

*Counsel for Defendants*