***VERIFIED RETURN OF SERVICE***

UNITED STATES DISTRICT COURT
SOUTHERN (WEST PALM BEACH
DIVISION)

MATTHEW ATTALLA ET AL
                (Plaintiff)
        VS                                    CASE: 1:25-CV-22639RAR

MATTHEW LEE MORGAN ET AL
                (Defendant)                   SUMMONS/COMPLAINT

  AT THE REQUEST OF:

        ISICOFF,RAGATZ...
        601 BRICKELL KEY DRIVE SUITE 750
        MIAMI FL   33131
        ISICOFF, ERIC D


I,  received this process on 6/12/2025 at 8AM
and on this day 6/24/2025 at 10:15AM to:
                MATTHEW LEE MORGAN
                2 CASTLE OAK CT
                LAS VEGAS, NV  89141

INDIVIDUAL SERVICE was executed by serving the within named person
a copy of the Summons, writ, and or a copy of the complaint, petition,
pleading, order, judgment or any other court issued document.
Individual stated that they currently are not on active duty in
the armed forces of the UNITED STATES OF AMERICA.


I acknowledge I am over 18 years old and have no interest in this action.
      I acknowledge that I am a certified Process Server in good
         standing in the jurisdiction which the Defendent was served.

  Under penalty of perjury, I declare that I have read the forgoing
  Verified Return Of Service and that the facts stated are true to the
  best of my knowledge.

      Process Server Name:      ID NO.:  SUSAN KRUSE #1469

      REFERENCE: CC2593786-008-·  DATE: June 24, 2025

  Notary not required pursuant     CROSS COUNTY INVESTIGATIVE SERVICES, INC
  to F.S. 92.525                   P.O. BOX 245715
                                   PEMBROKE PINES, FL. 33024
                                   954-963-7751

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | 6/12/2025 |
| v. | ) | Susan Kruze 1469 |
| MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al. | ) ) ) ) ) | Civil Action No. 1:25-cv-22639-RAR |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

matthew Lee morgan
10:15am
6/24/2025
6/12

To: *(Defendant's name and address)* Matthew Lee Morgan
2 Castle Oaks Ct.
Las Vegas, NV 89141

CROSS COUNTY 954.963.7751

9 3 7 8 6
CCIS@BELLSOUTH.NET

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric D. Isicoff, Esq.
> Isicoff Ragatz
> 601 Brickell Key Drive, Suite 750
> Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ___Jun 11, 2025___

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court