***VERIFIED RETURN OF SERVICE***

UNITED STATES DISTRICT COURT
SOUTHERN (WEST PALM BEACH
DIVISION)

MATTHEW ATTALLA ET AL
                    (Plaintiff)
       vs                                    CASE: 1:25-CV-22639RAR

MATTHEW LEE MORGAN ET AL
                    (Defendant)              SUMMONS/COMPLAINT

 AT THE REQUEST OF:

       ISICOFF,RAGATZ...
       601 BRICKELL KEY DRIVE SUITE 750
       MIAMI FL   33131
       ISICOFF, ERIC D

I,  received this process on 6/12/2025 at 8AM
and on this day 6/24/2025 at 10:15AM to:
                    MATTHEW LEE MORGAN TRUST
                    2 CASTLE OAK CT
                    LAS VEGAS, NV   89141

CORPORATE SERVICE was executed by serving a copy of this writ and or a
copy of Plaintiff's initial pleading to the Party named below or any
employee of Defendant's Corporation in the absence of any superior as
defined in the Florida Statute 48.081(3)(a)(b) when Defendant's
Corporation does not keep a registered agent present as required
by Florida Statute Section 48.091.

            MATTHEW LEE MORGAN ,AS TRUSTEE

I acknowledge I am over 18 years old and have no interest in this action.
     I acknowledge that I am a certified Process Server in good
        standing in the jurisdiction which the Defendent was served.

  Under penalty of perjury, I declare that I have read the forgoing
  Verified Return Of Service and that the facts stated are true to the
  best of my knowledge.

  Process Server Name:    ID NO.: SUSAN KRUSE #1469

    REFERENCE: CC2593785-008-   DATE: June 24, 2025

 Notary not required pursuant    CROSS COUNTY INVESTIGATIVE SERVICES, INC
 to F.S. 92.525                  P.O. BOX 245715
                                 PEMBROKE PINES, FL. 33024
                                 954-963-7751

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.    1:25-cv-22639-RAR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Matthew Lee Morgan
As trustee of the Matthew Lee Morgan Trust
2 Castle Oaks Ct.
Las Vegas, NV 89141

*6/24/2025*
*10:15am*
*matthew Lee morgan*
*As trustee*

**CROSS COUNTY    954.963.7751**



**9  3  7  8  5**

*this*  **CCIS@BELLSOUTH.NET**

*6/12*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jun 11, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts