## AFFIDAVIT OF SERVICE

| Case:<br>1:25-CV-22639-RAR | Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | | Job:<br>13617223 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company, | | **Defendant / Respondent:**<br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al. | |
| **Received by:**<br>HR Office Solutions Inc | | **For:**<br>Cross County Investigations | |
| **To be served upon:**<br>BOXR Holding, Inc. | | | |

I, Mibsar Mejia, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   c/o Legalinc Corporate Services, Inc., 131 Continental Dr, Suite 305, Newark , DE 19713

**Manner of Service:**   Registered Agent, Jun 26, 2025, 9:22 am EDT

**Documents:**   SUMMONS; COMPLAINT, EXHIBITS 1-11

**Additional Comments:**
1) Successful Attempt: Jun 26, 2025, 9:22 am EDT at 131 Continental Dr, Suite 305, Newark , DE 19713 received by Xavier McLean.
Age: 58; Ethnicity: African American; Gender: Male; Weight: 230lbs; Height: 6'2"; Hair: Gray

_Mibsar Mejia_     6/27/2025
Mibsar Mejia          Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_Deidra Smith_
Notary Public
6-27-25     June 30, 2026
Date          Commission Expires

Case 1:25-cv-22639-RAR  Document 4  Entered on FLSD Docket 06/11/2025  Page 5 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| MATTHEW S. ATTALLA, an individual; and BOXR STUDIOS LLC, a Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MATTHEW LEE MORGAN, an individual; MATTHEW LEE MORGAN, as trustee of the MATTHEW LEE MORGAN TRUST; CRAIG BRIDGMAN, an individual; et. al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   **1:25-cv-22639-RAR** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BOXR Holding, Inc.
c/o Legalinc Corporate Services, Inc., Registered Agent
131 Continental Drive Suite 305
Newark, DE 19713



CROSS COUNTY   954.963.7751

CCIS@BELLSOUTH.NET

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric D. Isicoff, Esq.
Isicoff Ragatz
601 Brickell Key Drive, Suite 750
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    Jun 11, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts