UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22639-RAR

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

        *Plaintiffs,*

vs.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,,

        *Defendants.*

_____/

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Attorney Jeffrey E. Marcus files this Notice of Change of Address and Contact Information

in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall

be sent to:

        Marcus Rashbaum Pineiro & Meyers LLP
        One Biscayne Tower
        2 South Biscayne Boulevard, Suite 2530
        Miami, Florida 33131

Telephone: (305) 400-4262
Email: jmarcus@mrpfirm.com

Date: August 11, 2025

Respectfully submitted,

**MARCUS RASHBAUM PINEIRO
& MEYERS LLP**

By: */s/ Jeffrey E. Marcus*
    Jeffrey E. Marcus
    Fla. Bar No. 310890
    jmarcus@mrpfirm.com
    One Biscayne Tower
    2 South Biscayne Boulevard, Suite 2530
    Miami, Florida 33131
    Telephone: (305) 400-4262

*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 11, 2025, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

By:     */s/ Jeffrey E. Marcus*
        Jeffrey E. Marcus