**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Docket No. 1:25-cv-22639-RAR**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

      Plaintiffs/Counter-Defendants,

v.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

      Defendants/Counter-Plaintiffs.

_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Matthew S. Attalla and BOXR Studios LLC, by and through their undersigned

counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and the Court's Order

Requiring Certificates of Interested Parties [D.E. 19], hereby file their Certificate of Interested

Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

The following is a complete list of persons, associated persons, firms, partnerships, or

corporations that have a financial interest in the outcome of this case, including subsidiaries,

conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1.      33 Holdings LLC

2. Alexander, Christopher (counsel for Defendants)

3. Attalla, Matthew S. (Plaintiff)

4. Bridgman, Craig (Defendant)

5. BOXR Barbershop, LLC

6. BOXR Clothing LLC

7. BOXR Entertainment LLC

8. BOXR Gym

9. BOXR Holding, Inc. (Defendant)

10. BOXR Holding, LLC (Defendant)

11. BOXR LLC

12. BOXR Studios LLC (Plaintiff)

13. Cambridge Capital of Miami, LLC (Defendant)

14. Feuerstein, David (counsel for Defendants)

15. Feuerstein Kulick LLP (counsel for Defendants)

16. Fractured Holdings

17. Isicoff & Ragatz, PLLC, d/b/a Isicoff Ragatz (counsel for Plaintiffs)

18. Isicoff, Eric D. (counsel for Plaintiffs)

19. Kuvera

20. Mancing, Catherine (counsel for Plaintiffs)

21. Marcus, Jeffrey E. (counsel for Defendants)

22. Marcus Neiman Rashbaum & Pineiro LLP (counsel for Defendants)

23. Morgan, Matthew Lee (Defendant)

24. Morgan, Matthew Lee, as Trustee of the Matthew Lee Morgan Trust (Defendant)

25. Ragatz, Teresa (counsel for Plaintiffs)

26. Sarkissov, David

27. Travis, William (counsel for Defendants)

## CORPORATE DISCLOSURE STATEMENT

BOXR Studios LLC is a Florida limited liability company that is wholly owned by Matthew S. Attalla. BOXR Studios LLC is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive
Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Catherine A. Mancing
    Eric D. Isicoff
    Florida Bar No. 372201
    Isicoff@irlaw.com
    Teresa Ragatz
    Florida Bar No. 545170
    Ragatz@irlaw.com
    Catherine A. Mancing
    Florida Bar No. 23765
    Mancing@irlaw.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via

CM/ECF this 27th day of August 2025, upon the following:

Marcus Neiman Rashbaum & Pineiro LLP
Jeffrey E. Marcus, Esq.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel.: (305) 400-4262
jmarcus@mnrlawfirm.com

Feuerstein Kulick LLP
David Feuerstein, Esq. (pro hac vice forthcoming)
William Travis, Esq. (pro hac vice forthcoming)
Christopher Alexander, Esq. (pro hac vice forthcoming)
420 Lexington Avenue, 20th Floor
New York, New York 10170
(646) 768-0591
E-mail: david@dfmklaw.com
william@dfmklaw.com
calexander@dfmklaw.com

By: /s/ Catherine A. Mancing
Catherine A. Mancing

4