**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-22639-RAR**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

      Plaintiffs/Counter-Defendants,

v.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

      Defendants/Counter-Plaintiffs.

_____/

## JOINT SCHEDULING REPORT

Plaintiffs/Counter-Defendants, Matthew S. Attalla and BOXR Studios LLC, and

Defendants/Counter-Plaintiffs Matthew Lee Morgan, individually, Matthew Lee Morgan as

Trustee of the Matthew Lee Morgan Trust, Craig Bridgman, Cambridge Capital of Miami, LLC,

BOXR Holding, Inc. and BOXR Holding, LLC, by and through their respective undersigned

counsel, and pursuant to L.R. 16.1 and the Court's Order dated August 12, 2025, [D.E. 19], hereby

file their Joint Scheduling Report and proposed Scheduling Order.

**A.    The likelihood of settlement**

Settlement is not likely at this time. However, the parties will negotiate in good faith and

continue to explore the possibility of resolving this case throughout the course of the litigation.

**B.      The likelihood of appearance in the action of additional parties**

No additional named parties are anticipated at this time.

**C.      Proposed limits on the time**

**(i)      to exchange Fed. R. Civ. P. 26(a) Initial Disclosures:** September 26, 2025

**(ii)     to join other parties and to amend the pleadings:** October 24, 2025

**(iii)    to select a mediator and schedule a time, date and place for mediation:** November 21, 2025

**(iv)    for all parties to disclose experts, including expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2):** February 27, 2026

**(v)     for all parties to disclose rebuttal experts, including rebuttal expert witness summaries and reports:** March 27, 2026

**(vi)    to complete fact discovery:** March 27, 2026

**(vii)   to complete expert discovery:** April 24, 2026

**(viii)  to complete mediation:** May 22, 2026

**(ix)    to file motions for summary judgment and other dispositive motions (including** *Daubert* **motions):** June 12, 2026

**(x)     to file other pre-trial motions:** August 21, 2026

**(xi)    to file Joint Pre-Trial Stipulation, proposed jury instructions and proposed verdict form:** October 16, 2026

**D.      Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**

At this time, the parties do not have any proposals for the formulation and simplification of the issues. As the case progresses, the parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case. The parties propose June 12, 2026, as the deadline to file motions for summary judgment.

**E.      The necessity or desirability of amendments to the pleadings**

Plaintiffs do not anticipate amendment to the pleadings. On August 11, 2025, Plaintiffs filed a Motion to Strike Defendants' Affirmative Defenses [D.E. 16] and a Motion to Dismiss Counter-Plaintiffs' Counterclaim [D.E. 17]. On August 25, 2025, Defendants filed Amended Counterclaims and Answer with Affirmative Defenses to Plaintiff's Complaint. [D.E. 21]. Plaintiffs are currently evaluating the newly filed Counterclaim and Affirmative Defenses and will respond in a timely manner.

**F.      The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence**

At this time, it is unknown whether admissions of fact, documents, electronically-stored information or things will be an issue. The parties will endeavor to resolve as many evidentiary issues as possible by means of admissions and stipulations. Aside from potential *Daubert* challenges, the parties are not aware of any need for advanced rulings from the Court on admissibility of evidence.

**G.      Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties have no suggestions at this time but shall meet to discuss this issue following the applicable discovery cut-off date and before the pretrial conference to avoid unnecessary or cumulative evidence.

**H.      Suggestions on the advisability of referring matters to a Magistrate Judge or master**

The parties do not agree to the referral of any matters, except discovery matters, to the paired Magistrate Judge.

**I.      A preliminary estimate of the time required for trial**

The parties estimate that the trial of this matter will take seven (7) days.

**J.      Requested date or dates for conferences before trial, a final pretrial conference and trial**

The parties request a final pretrial conference on or before October 23, 2026, which trial to follow on or after November 2, 2026.

**K.      Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

The parties have no such information at this time.

*[Signature blocks on following page]*

Respectfully submitted this 2d day of September 2025,

| | |
|---|---|
| **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Catherine A. Mancing<br>　　Eric D. Isicoff<br>　　Florida Bar No. 372201<br>　　Isicoff@irlaw.com<br>　　Teresa Ragatz<br>　　Florida Bar No. 545170<br>　　Ragatz@irlaw.com<br>　　Catherine A. Mancing<br>　　Florida Bar No. 23765<br>　　Mancing@irlaw.com<br><br>*Counsel for Plaintiffs* | **Marcus Neiman Rashbaum & Pineiro LLP**<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2530<br>Miami, Florida 33131<br>Tel.: (305) 400-4262<br><br>By: /s/ Jeffrey E. Marcus<br>　　Jeffrey E. Marcus<br>　　Florida Bar No. 310890<br>　　jmarcus@mnrlawfirm.com<br><br>**Feuerstein Kulick LLP**<br>420 Lexington avenue, #2024<br>New York, NY 10170<br>Tel.:  (646) 768-0588<br><br>By: /s/ David Feuerstein<br>　　David Feuerstein (pro hac vice<br>　　forthcoming)<br>　　David@dfmklaw.com<br>　　William Travis (pro hac vice<br>　　forthcoming)<br>　　William@dfmklaw.com<br>　　Christopher Alexander (pro hac vice<br>　　forthcoming)<br>　　calexander@dfmklaw.com<br><br>*Counsel for Defendants* |