**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Docket No. 1:25-cv-22639-RAR**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

       Plaintiffs/Counter-Defendants,

v.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

       Defendants/Counter-Plaintiffs.

_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Matthew S. Attalla and BOXR Studios LLC, by and through their undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and the Court's Order Requiring Certificates of Interested Parties [D.E. 19], hereby file their Certificate of Interested Parties and Corporate Disclosure Statement.

**CERTIFICATE OF INTERESTED PARTIES**

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1.     Alexander, Christopher (counsel for Defendants)

2.        Attalla, Matthew S. (Plaintiff)

3.        Bridgman, Craig (Defendant)

4.        BOXR Holding, Inc. (Defendant)

5.        BOXR Holding, LLC (Defendant)

6.        BOXR Studios LLC (Plaintiff)

7.        Cambridge Capital of Miami, LLC (Defendant)

8.        Feuerstein, David (counsel for Defendants)

9.        Feuerstein Kulick LLP (counsel for Defendants)

10.       Isicoff & Ragatz, PLLC, d/b/a Isicoff Ragatz (counsel for Plaintiffs)

11.       Isicoff, Eric D. (counsel for Plaintiffs)

12.       Mancing, Catherine (counsel for Plaintiffs)

13.       Marcus, Jeffrey E. (counsel for Defendants)

14.       Marcus Neiman Rashbaum & Pineiro LLP (counsel for Defendants)

15.       Morgan, Matthew Lee (Defendant)

16.       Morgan, Matthew Lee, as Trustee of the Matthew Lee Morgan Trust (Defendant)

17.       Ragatz, Teresa (counsel for Plaintiffs)

18.       Travis, William (counsel for Defendants)

### CORPORATE DISCLOSURE STATEMENT

BOXR Studios LLC is a Florida limited liability company that is wholly owned by Matthew S. Attalla. BOXR Studios LLC is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive
Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

By: /s/  Catherine A. Mancing
      Eric D. Isicoff
      Florida Bar No. 372201
      Isicoff@irlaw.com
      Teresa Ragatz
      Florida Bar No. 545170
      Ragatz@irlaw.com
      Catherine A. Mancing
      Florida Bar No. 23765
      Mancing@irlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via

CM/ECF this <u>2nd</u> day of September 2025, upon the following:

Marcus Neiman Rashbaum & Pineiro LLP
Jeffrey E. Marcus, Esq.
One Biscayne Tower
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel.: (305) 400-4262
jmarcus@mnrlawfirm.com

Feuerstein Kulick LLP
David Feuerstein, Esq. (pro hac vice forthcoming)
William Travis, Esq. (pro hac vice forthcoming)
Christopher Alexander, Esq. (pro hac vice forthcoming)
420 Lexington Avenue, 20th Floor
New York, New York 10170
(646) 768-0591
E-mail: david@dfmklaw.com
william@dfmklaw.com
calexander@dfmklaw.com

By: /s/ Catherine A. Mancing
Catherine A. Mancing

4