**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-22639-RAR**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

        *Plaintiffs,*

vs.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

        *Defendants.*

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendants Matthew Lee Morgan ("Morgan"), in his individual capacity and as Trustee of

the Matthew Lee Morgan Trust under agreement dated September 26, 2018 (the "Trust"), Craig

Bridgman, an individual ("Bridgman"), Cambridge Capital of Miami, LLC, a Florida Limited

Liability Company ("Cambridge"), BOXR Holding, Inc., a dissolved Delaware Corporation

("BOXR Inc."), and BOXR Holding, LLC, a Delaware Limited Liability Company ("BOXR

Holding" and together with Morgan, the Trust, Bridgman, Cambridge, and BOXR Inc.,

"Counterclaim-Plaintiffs" or "Defendants"), by and through their undersigned counsel and

pursuant to Federal Rules of Civil Procedure 7.1, the Court's Order Requiring Certificates of

Interested Parties [D.E. 19], hereby file their Certificate of Interested Parties and Corporate Disclosure Statement.

## CERTIFICATE OF INTERESTED PARTIES

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1.      33 Holdings LLC

2.      Alexander, Christopher (counsel for Defendants)

3.      Attalla, Matthew S. (Plaintiff)

4.      Bridgman, Craig (Defendant)

5.      BOXR Barbershop, LLC

6.      BOXR Clothing LLC

7.      BOXR Entertainment LLC

8.      BOXR Gym LLC

9.      BOXR Holding, Inc. (Defendant)

10.      BOXR Holding, LLC (Defendant)

11.      BOXR LLC

12.      BOXR Studios LLC (Plaintiff)

13.      BOXR Studios Holdings LLC

14.      Cambridge Capital of Miami, LLC (Defendant)

15.      Feuerstein, David (counsel for Defendants)

16.      Feuerstein Kulick LLP (counsel for Defendants)

17.      Fractured Holdings

18.    Isicoff & Ragatz, PLLC, d/b/a Isicoff Ragatz (counsel for Plaintiffs)

19.    Isicoff, Eric D. (counsel for Plaintiffs)

20.    Jimenez, Maria Camila Hoyos

21.    Kuvera

22.    Mancing, Catherine (counsel for Plaintiffs)

23.    Marcus, Jeffrey E. (counsel for Defendants)

24.    Marcus Rashbaum Pineiro & Meyers LLP (counsel for Defendants)

25.    Morgan, Matthew Lee (Defendant)

26.    Morgan, Matthew Lee, as Trustee of the Matthew Lee Morgan Trust (Defendant)

27.    Ragatz, Teresa (counsel for Plaintiffs)

28.    Sark Capital LLC

29.    Sarkissov, David

30.    Travis, William (counsel for Defendants)

## CORPORATE DISCLOSURE STATEMENT

1.    Cambridge Capital of Miami, LLC is a Florida limited liability company that is wholly owned by Craig Bridgman.  Cambridge Capital of Miami, LLC is not publicly traded and, therefore, no publicly held corporation owns 10% or more of its stock.

2.    BOXR Holding, Inc. is a Delaware corporation that has been dissolved and is not active, and, therefore, no publicly held corporation owns 10% or more of its stock.

3.    BOXR Holding, LLC is a Delaware limited liability company that is wholly owned by its original members, Matthew Lee Morgan Trust and Cambridge Capital of Miami, LLC.  BOXR Holding, LLC is not publicly traded, and, therefore, no publicly held corporation

3

owns 10% or more of its stock.

4.     Matthew Lee Morgan is Trustee of the Matthew Lee Morgan Trust, under agreement dated September 26, 2018.

Dated: September 2, 2025

By: */s/ Jeffrey E. Marcus*
Jeffrey E. Marcus
Fla Bar No. 310890

**MARCUS RASHBAUM PINEIRO & MEYERS LLP**
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
T: (305) 400-4262
jmarcus@mrpfirm.com

**FEUERSTEIN KULICK LLP**

By: */s/ David Feuerstein*
David Feuerstein *pro hac forthcoming*
William Travis *pro hac forthcoming*
Christopher Alexander *pro hac forthcoming*
420 Lexington Avenue, 20th Floor
New York, New York 10170
646-768-0591
david@dfmklaw.com
william@dfmklaw.com
calexander@dfmklaw.com

*Attorneys for Defendants / Counterclaim-Plaintiffs*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF this 2nd day of September 2025, upon the following:

Isicoff Ragatz
Marcus Neiman Rashbaum & Pineiro LLP
Eric D. Isicoff
Teresa Ragatz
Catherine A. Mancing
601 Brickell Key Drive Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Isicoff@irlaw.com

By: /s/ *Jeffrey E. Marcus*
Jeffrey E. Marcus