**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Edward L. Artau**

*Benessere Investment Group LLC, et al. v. Swider, et al.*, Case No: 1:24-cv-21104-RAR

*Hernandez v. Stingray Digital Group Inc., et al.*, Case No: 1:24-cv-21226-RAR

*Estate of Siddharth Mahesh Sundaram v. Narayanan, et al.*, Case No:  1:24-cv-23420-RAR

*Patel v. Centurion Security Group, LLC*, Case No: 1:24-cv-23674-RAR

*Clever Carre LLC v. Investxol Corp.*, Case No: 1:24-cv-24077-RAR

*Cheley v. Vranicar, et al.*, Case No: 0:24-cv-62206-RAR

*Elio Serpa PLLC v. WRA Real Estate Solutions, LLC, et al.*, Case No:  1:25-cv-20314-RAR

*Centennial Bank v. M/Y OLYMPUS, et al.*, Case No:  1:25-cv-21270-RAR

*Evoskin LLC v. Nelson*, Case No: 1:25-cv-22087-RAR

*In the Matter of the Complaint of Bradley R. Perry*, Case No: 1:25-cv-22217-RAR

*Benjamin J. Cousins, M.D., P.A. v. Blue Cross and Blue Shield of Florida, Inc., et al.*, Case No: 1:25-cv-22270-RAR

*Baptist Hospital of Miami, Inc. v. Pure Beauty Farms Medical Plan, et al.*, Case No: 1:25-cv-22473-RAR

*Attalla, et al. v. Morgan, et al.*, Case No: 1:25-cv-22639-RAR

*United States of America v. Hernandez, et al.*, Case No. 1:25-cr-20236-RAR

*United States of America v. Brown, et al.*, Case No. 1:25-cr-20310-RAR

*United States of America v. Weatherspoon, et al.*, Case No. 1:25-cr-20375-RAR

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Edward L. Artau.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Edward L. Artau** as of September 17, 2025, for all further proceedings.  It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Edward L. Artau.**  It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Edward L. Artau**.  It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials ELA in lieu of the present initials.

**DONE AND ORDERED** in Miami, Florida, this 17th day of September, 2025.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

c: All counsel of record/pro se parties