**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-cv-22639-EA

MATTHEW S. ATTALLA, *et al.*,

     Plaintiffs,

v.

MATTHEW LEE MORGAN, *et al.*,

     Defendants.

_____/

**CERTIFICATION AND ORDER OF TRANSFER
TO MAGISTRATE JUDGE**

The above matter comes before the undersigned Magistrate Judge following District Judge Rodolfo A. Ruiz, II's Order of Reassignment to newly appointed District Judge Edward L. Artau. The undersigned certifies that the above-captioned case presently has no referred, fully briefed pending motions and is therefore ready to be transferred to Judge Artau's paired Magistrate Judge. The Clerk of Court shall hereby transfer the Magistrate Judge assignment for this case to Judge Artau's paired Magistrate Judge.

**DONE AND ORDERED** in in chambers at Miami, Florida this 19th day of September, 2025.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE