UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22639-EA

MATTHEW S. ATTALLA, *et al*.,

Plaintiffs,

v.

MATTHEW LEE MORGAN, *et al*.,

Defendants.

_____/

## STANDING DISCOVERY ORDER FOR
## MAGISTRATE JUDGE LISETTE M. REID

The following discovery procedures apply to all civil cases assigned to United States Magistrate Judge Lisette M. Reid. If the parties are unable to resolve their discovery disputes without Court intervention, Judge Reid will set the matter for hearing without the need for filing a motion. Discovery hearings take place every Wednesday.

The moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief by contacting Judge Reid's Chambers by email and requesting a hearing. The requesting party must send an email to Reid@flsd.uscourts.gov in which they shall copy all opposing counsel, provide a brief description of the nature of the dispute, confirm that the parties have conferred or attempted to confer pursuant to Southern District of Florida Local Rule 7.1(a)(3), and provide *all* counsels' availability for the following three Wednesdays.

Once a hearing date is obtained from Judge Reid's Chambers, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall include a numerical list specifying the substance of each discovery matter to be heard and include a

certification that the parties have complied with the pre-filing conference required by Local Rule 7.1(a)(3). No argument should be made in the Notice of Hearing.

Personal conferral, in person or by phone, is required unless the opposing party or counsel—after providing a reasonable time to respond—refuses to confer, in which case the moving party should advise the Court of such good faith efforts to confer and the opposing party or counsel's refusal. At least 24 hours prior to the hearing, the moving party shall e-mail any relevant materials to Judge Reid's Chambers.

**No written discovery notices or motions, including motions to compel and motions for protective order, shall be filed unless requested by Judge Reid**. It is the intent of this procedure to minimize the necessity of motions.

**The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to requesting the hearing**. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.

**SIGNED** this 22nd day of September 2025.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**

2