**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Docket No. 1:25-cv-22639-ELA**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

      Plaintiffs/Counter-Defendants,

v.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

      Defendants/Counter-Plaintiffs.

_____/

## ORDER SCHEDULING MEDIATION

      The mediation conference in this matter shall be held with Harry Schaffer on November 12, 2025, at 10:00 A.M. A report of the mediation must be filed within seven (7) days of the mediation conference.

      DONE AND ORDERED in Miami, Florida this _____ day of September 2025.

_____
EDWARD L. ARTAU
UNITED STATES DISTRICT JUDGE