**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Docket No. 1:25-cv-22639-ELA**

MATTHEW S. ATTALLA, an individual; and
BOXR STUDIOS LLC, a Florida Limited Liability
Company,

      Plaintiffs/Counter-Defendants,

v.

MATTHEW LEE MORGAN, an individual;
MATTHEW LEE MORGAN as trustee of the
MATTHEW LEE MORGAN TRUST; CRAIG
BRIDGMAN, an individual; CAMBRIDGE
CAPITAL OF MIAMI, LLC, a Florida Limited
Liability Company; BOXR HOLDING, INC., a
Delaware Limited Liability Company; and BOXR
HOLDING, LLC, a Delaware Limited Liability
Corporation,

      Defendants/Counter-Plaintiffs.

_____/

**JOINT MOTION TO MEDIATE REMOTELY**

Plaintiffs/Counter-Defendants, Matthew S. Attalla and BOXR Studios LLC, and

Defendants/Counter-Plaintiffs Matthew Lee Morgan, individually, Matthew Lee Morgan as

Trustee of the Matthew Lee Morgan Trust, Craig Bridgman, Cambridge Capital of Miami, LLC,

BOXR Holding, Inc. and BOXR Holding, LLC, by and through their respective undersigned

counsel, and the Court's Order dated September 3, 2025, [D.E. 29], hereby request to appear at

mediation virtually by videoconference. The Parties have selected Harry Schaffer as the mediator,

and mediation is scheduled for November 12, 2025, at 10:00 a.m. Mr. Schaffer lives in Ocala,

Florida and conducts mediation remotely, via Zoom.

WHEREFORE, the Parties jointly request that the Court enter an order permitting the Parties to appear at mediation virtually by videoconference and grant such further relief as the Court deems just and appropriate.

Respectfully submitted this 24th day of September 2025,

| | |
|---|---|
| **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Catherine A. Mancing<br>　　Eric D. Isicoff<br>　　Florida Bar No. 372201<br>　　Isicoff@irlaw.com<br>　　Teresa Ragatz<br>　　Florida Bar No. 545170<br>　　Ragatz@irlaw.com<br>　　Catherine A. Mancing<br>　　Florida Bar No. 23765<br>　　Mancing@irlaw.com<br><br>*Counsel for Plaintiffs* | **Marcus Rashbaum Pineiro & Meyers LLP**<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 2530<br>Miami, Florida 33131<br>Tel.: (305) 400-4262<br><br>By: /s/ Jeffrey E. Marcus<br>　　Jeffrey E. Marcus<br>　　Florida Bar No. 310890<br>　　jmarcus@mrpfirm.com<br><br>**Feuerstein Kulick LLP**<br>420 Lexington Avenue, #2024<br>New York, NY 10170<br>Tel.: (646) 768-0588<br><br>By: /s/ David Feuerstein<br>　　David Feuerstein (pro hac vice forthcoming)<br>　　David@dfmklaw.com<br>　　William Travis (pro hac vice forthcoming)<br>　　William@dfmklaw.com<br>　　Christopher Alexander (pro hac vice forthcoming)<br>　　calexander@dfmklaw.com<br><br>*Counsel for Defendants* |